**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DISTRICT**

RECEIVED
MAR 13 2000
CLERK, U.S. DIST. COURT
MN

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company,

Plaintiffs,

vs.

American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Continental Casualty Company, and Executive Risk Specialty Insurance Company,

Defendants

Case No. 00-CV-367 PAM/JGL

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (PROPOSED ORDER)

Whereas, Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company "Plaintiffs", on the one hand, and Continental Casualty Company "Continental", on the other hand, have agreed, by and through their respective undersigned counsel, to extend until April 10, 2000, the time for Continental to answer or to otherwise respond to the Complaint in the action above entitled;

NOW, THEREFORE, it is hereby stipulated between the parties, subject to the approval of this Court, that Continental shall answer, object, move or otherwise respond to said Complaint on or before April 10, 2000.

FILED 3-14-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

PATTERSON & KEOUGH, P.A.

Dated: March 13th, 2000

By: ______________________
Jonathan D. Jay (#18603x)
4800 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Attorney for Defendant
Continental Casualty Company

OPPENHEIMER WOLFF & DONNELLY, LLP

Dated: March 13, 2000

By: ______________________
Jeffrey J. Bouslog (#174671)
Elliot M. Flies (#226956)
Rikke Dierssen-Morice (#237826)
45 South Seventh Street, #3400
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Plaintiffs

Based upon the foregoing Stipulation of counsel,

IT IS SO ORDERED:

Dated: March 14, 2000

Jonathan G. Lebedoff
U.S. District Court
Magistrate Judge