**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

LUTHERAN BROTHERHOOD, *et al.*,

Plaintiffs,

v.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO., *et al.*,

Defendants.

Case No. 00-CV-367 PAM/JGL

**STIPULATION AND ORDER**

It is hereby stipulated and ordered that the time for defendant Executive Risk Specialty Insurance Company to answer or otherwise respond to the Complaint filed by plaintiffs Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company shall be extended up to and including April 10, 2000.

HOGAN & HARTSON, L.L.P.

By: Peter R Bisio /efs
David J. Hensler
Peter R. Bisio (#227596)
Ellen F. Swennes
555 Thirteenth St., NW
Washington, D.C. 20004

Counsel for Defendant Executive Risk Specialty Insurance Company

FILED MAR 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Elliott M. Flies /elp

Jeffrey J. Bouslog, Esq. (#174671)
Elliott M. Flies, Esq. (#226956)
Rikke Dierssen-Morice, Esq. (#237826)
OPPENHEIMER, WOLFF & DONNELLY L.L.P.
45 South Seventh Street, #3400
Minneapolis, MN 55402-1609

Counsel for Plaintiffs Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company

IT IS SO ORDERED this 21st day of March, 2000.

United States District Judge