UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company,

Plaintiffs,

vs.

American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Continental Casualty Company, and Executive Risk Specialty Insurance Company,

Defendants.

Court File No. 00-CV-367 PAM/JGL

**ORDER**

---

This matter was heard before the undersigned Magistrate Judge, Jonathan G. Lebedoff, on May 4, 2000 at 9:00 a.m. in Courtroom 9E of the United States Federal Courthouse for the District of Minnesota concerning Defendants' Joint Motion to Extend Time to Answer or Otherwise Plead to Plaintiffs' Complaint. Appearing on behalf of Plaintiffs were Jeffrey J. Bouslog and Elliott M. Flies. Appearing on behalf of Defendants American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pennsylvania were Jeff I. Ross and Terrence C. Newby. Appearing on behalf of Defendant Continental Casualty Company was Randy Skaar. Appearing on behalf of Defendant Executive Risk Specialty Insurance Company was Jodeen A. Kozlak.

Based upon the briefs, exhibits, arguments of counsel and other submissions, the Court hereby makes the following Order:

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. That Defendants' Joint Motion to Extend Time to Answer or Otherwise Plead to Plaintiffs' Complaint is hereby denied.

2. That Defendants shall answer Plaintiffs' Complaint no later than May 15, 2000.

Dated: May 9, 2000.

Honorable Jonathan G. Lebedoff
Magistrate Judge of United States District Court,
District of Minnesota