UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company,

Plaintiffs,

v.

American International Specialty Lines Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Continental Casualty Company; and Executive Risk Specialty Insurance Company;

Defendants.

Civil File No. 00-367 (PAM/JGL)

**ORDER**

---

This matter is before the Court on two related motions filed by Defendants National Union Fire Insurance Company and American International Specialty Lines Insurance Company. Through their Rule 56(f) Motion, Defendants seek either an outright denial of Plaintiffs' Motion for Partial Summary Judgment or a continuance to conduct discovery in support of their opposition to Plaintiffs' Motion. Defendants have also moved for expedited relief from their obligation to serve a memorandum in opposition to Plaintiffs' Motion.

The Court has carefully reviewed the parties' submissions. Based on that review, the Court denies Defendants' Motions. However, the Court denies Defendants' Rule 56(f) Motion without prejudice, such that Defendants may renew their Rule 56(f) Motion if after full briefing it appears that Plaintiffs' Motion cannot be ruled upon absent further factual

FILED JUN 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

development.

Given the timing of this Order in relation to the parties' briefing schedule, the Court grants Defendants an extension of time in which to file a memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment. Defendants have until July 7, 2000 to file a responsive memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Rule 56(f) Motion (Clerk Doc. No. 31) is **DENIED WITHOUT PREJUDICE**;
2. Defendants' Motion for Expedited Relief (Clerk Doc. No. 35) is **DENIED WITH PREJUDICE**; and
3. Defendants have until July 7, 2000 to file a memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment.

Dated: June 29, 2000

Paul A. Magnuson
United States District Court Judge