**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company,

Plaintiffs,

vs.

American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Continental Casualty Company, and Executive Risk Specialty Insurance Company,

Defendants.

Court File No. 00-CV-367/PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY**

---

## STIPULATION

THE PARTIES HEREBY STIPULATE and agree, by and through their respective counsel, that the above-captioned action shall be dismissed with respect to Executive Risk pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), without prejudice, and without costs to any party.

Dated: 7/28, 2000

**HOGAN & HARTSON, L.L.P.**

By: ______________________
David J. Hensler
Peter R. Bisio #227596
Ellen F. Swennes
Columbia Square
555 13th Street, N.W.
Washington D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

ATTORNEYS FOR EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

FILED AUG 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: 7/19, 2000

**ROSS, DIXON & BELL**

By: ____________________
Cathy A. Simon
Paul C. Vitrano
601 Pennsylvania Avenue, NW
North Building
Washington, DC 20004
Telephone: (202) 662-2013
Facsimile: (202) 662-2190

ATTORNEYS FOR CONTINENTAL CASUALTY COMPANY

Dated: 7/5/00, 2000

**ZELLE, HOFFMAN, VOELBEL & GETTE**

By: ____________________
Michael R. Cashman
Jeff Ross
33 South Sixth Street
City Center, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

ATTORNEYS FOR AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: 6/12, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ____________________
Jeffrey J. Bouslog, #174671
Elliott M. Flies, #226956
Rikke Dierssen-Morice, #237826
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
ATTORNEYS FOR LUTHERAN BROTHERHOOD AND LUTHERAN BROTHERHOOD VARIABLE INSURANCE PRODUCTS COMPANY

**ORDER**

Based upon the foregoing Stipulation of the identified parties, IT IS HEREBY ORDERED,

That the above-captioned action is hereby dismissed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii) as to Executive Risk, without prejudice, and without costs to any party.

Date: August 2, 2000

BY THE COURT

THE HONORABLE PAUL A. MAGNUSON