UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LUTHERAN BROTHERHOOD AND LUTHERAN BROTHERHOOD VARIABLE INSURANCE PRODUCTS COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., CONTINENTAL CASUALTY COMPANY, AND EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 00-CV-367 PAM/JGL<br><br>**CONSENT ORDER GRANTING DEFENDANT CONTINENTAL CASUALTY COMPANY LEAVE TO FILE AN AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |

THIS MATTER having been brought before the Court by Defendant Continental Casualty Company ("Continental Casualty"), respectfully requesting leave to file an Amended Answer and Affirmative Defenses, and the parties stipulating and consenting thereto,

IT IS ON THIS 12th day of March, 2001,

ORDERED that Continental Casualty hereby is granted leave to file an Amended Answer and Affirmative Defenses;

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

245473 v1

IT IS FURTHER ORDERED that Continental Casualty shall file its Amended Answer and Affirmative Defenses within seven (7) days of the date hereof.

Paul A. Magnuson, U.S.D.J.

Stipulated and consented to:

Jeffrey J. Bouslog
OPPENHEIMER WOLFF & DONNELLY L.L.P.
Plaza VII
45 South Seventh Street
Suite 3300
Minneapolis, MN 55402

Attorney for Plaintiffs

DATED: 2/21/01

Paul C. Vitrano
ROSS, DIXON & BELL, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004-2688

Attorney for Defendant Continental Casualty Company

DATED: 3/5/01