UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LUTHERAN BROTHERHOOD and LUTHERAN BROTHERHOOD VARIABLE INSURANCE PRODUCTS COMPANY,<br><br>Plaintiffs,<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | ) | Case Number 00-CV-367/PAM/JGL<br><br>**ORDER GRANTING NATIONAL UNION LEAVE TO FILE AN ANSWER AND AISLIC LEAVE TO FILE AN AMENDED ANSWER** |

Plaintiffs Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company have stipulated and consented to the filing of an Answer and Affirmative Defenses by National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and to the filing of an Amended Answer and Affirmative Defenses by American International Specialty Lines Insurance Company ("AISLIC"). Consequently, National Union and AISLIC are hereby granted leave to file an Answer and an Amended Answer, respectively.

IT IS SO ORDERED.

Date: March 28, 2001

Honorable Paul A. Magnuson

FILED MAR 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Stipulated and Agreed:

**OPPENHEIMER WOLFF & DONNELLY L.L.P.**

Date: 3/16/01

Jeffrey J. Bouslog
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-607-7000
Facsimile: 612-607-7100

**ATTORNEYS FOR LUTHERAN BROTHERHOOD AND LUTHERAN BROTHERHOOD VARIABLE INSURANCE PRODUCTS COMPANY**

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Date: 3/12/01

Jeff Ross
Michael R. Cashman
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-339-2020
Facsimile: 612-336-9100

**ATTORNEYS FOR AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

232990.1