**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company,

Plaintiffs,

vs.

American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and Continental Casualty Company,

Defendants.

Court File No. 00-CV-367/PAM/JGL

**JOINT STIPULATION TO AMEND PLEADINGS**

---

Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company ("Lutheran Brotherhood"), National Union Fire Insurance Company of Pittsburg, PA ("National Union"), American International Specialty Lines Insurance Company ("AISLIC") and Continental Casualty Company ("Continental") stipulate and agree that Lutheran Brotherhood may file an amended complaint, a draft of which is attached hereto as Exhibit A. The parties furthermore stipulate and agree that National Union, AISLIC and Continental may file their respective amended answers, drafts of which are attached hereto as Exhibits B, C and D.

FILED 5/21/01
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: May 11, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Jeffrey J. Bouslog, #174671
James M. Jorissen, #262833

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR PLAINTIFFS LUTHERAN BROTHERHOOD AND LUTHERAN BROTHERHOOD VARIABLE INSURANCE PRODUCTS COMPANY**

Dated: May 9, 2001

ZELLE, HOFFMAN, VOELBEL & GETTE

By: Michael R. Cashman

Michael R. Cashman
Jeff Ross

33 South Sixth Street
City Center, Suite 4400
Minneapolis, Minnesota 55402
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

**ATTORNEYS FOR DEFENDANTS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

Dated: 5/1, 2001

PATTERSON, THUENT, SKAAR &
CHRISTENSEN, PA

By: Jon Jay
Jonathan D. Jay
4800 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5768
Facsimile: (612) 349-9266

**ATTORNEYS FOR DEFENDANT CONTINENTAL CASUALTY COMPANY**

SO ORDERED:

This 21 day of May, 2001.

The Honorable JONATHAN LEBEDOFF
United States District court
by Jonathan Lebedoff



TC2: 523192 v01 04/30/2001