**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lutheran Brotherhood Variable
Insurance Products Company

Plaintiff,

v.

American International Specialty
Lines Insurance Company, et al.

Defendants.

Civil 00-367 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December 13, 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________